THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RYAN ROBERT WALZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendant. | **ORDER ADOPTING [22] REPORT AND RECOMMENDATION, GRANTING [18] MOTION TO DISMISS, AND DENYING [7] MOTION FOR INJUNCTIVE RELIEF AS MOOT**<br><br>Case No. 2:25-cv-004<br><br>District Judge David Barlow<br><br>Magistrate Judge Cecilia R. Romero |

　　　　The Report and Recommendation[1] issued by Magistrate Judge Cecilia R. Romero on May 30, 2025, recommends the court grant Defendants' Motion to Dismiss[2] and deny Plaintiff's Motion for Injunctive Relief[3] as moot. The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[4] No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because Magistrate Judge Romero's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. Accordingly, Defendants' motion to dismiss is GRANTED. Plaintiff's action is DISMISSED without prejudice and Plaintiff's request for injunctive relief is DENIED as moot.

---

[1] ECF No. 22, filed May 30, 2025.
[2] Defendants' Motion to Dismiss, ECF No. 18, filed Feb. 18, 2025.
[3] Motion for Injunctive Relief, ECF No. 7, filed Jan. 15, 2025.
[4] Report and Recommendation at 12.

Signed June 16, 2025.

BY THE COURT

David Barlow
United States District Judge